**STATEMENT OF FACTS**

On May 29, 2014, the FBI and MPD received information from a confidential informant ("CW-1")1 that an individual driving a specific Honda Accord was transporting a large quantity of heroin to Washington D.C. While sitting in the 3000 block of V Street N.E., two MPD detectives in marked cruisers observed that Honda Accord drive by. They noted it was green in color, and was bearing New Jersey tag H59-CAV. A traffic stop was conducted on that vehicle in the 3100 block of V Street, N.E., Washington, D.C.

The driver of the Accord was identified as JESUS MANUEL ROSA. A second Hispanic male was in the front passenger seat. ROSA verbally consented to a search of the vehicle, and law enforcement officers then conducted a brief in duration search of the interior passenger compartment area and did not find any illicit substances. ROSA was then asked whether he would consent to a canine search of the vehicle and he consented. MPD canine "Trigger" was in one of the vehicles the officers already on the scene were driving, so he was then immediately removed from the police vehicle and brought to ROSA's vehicle to conduct the canine search. When MPD canine "Trigger' got to the rear of ROSA's vehicle, he immediately jumped into the trunk and began to scratch and bite at the floor area near the back of the rear seat. A further scan was conducted inside the vehicle with canine "Trigger" and again he began to scratch and bite at the rear seat area, and the rear of the center console. The reaction by canine 'Trigger" is an alert

---

[1] CW-1 has provided information in the past leading to 11 narcotics convictions and the seizure of wholesale quantities of cocaine base and cocaine hydrochloride. CW-1 has provided a great deal of information in the past which has proven to be reliable. During CW-1's cooperation, CW-1 has been intermittently paid for cooperation. During the period of cooperation, CW-1 confessed to an unauthorized distribution of cocaine. The U.S. Attorney's in the jurisdiction in which the distribution occurred was advised of the distribution, but declined to prosecute CW-1.

1

given for the odor of illicit drugs within the vehicle.

      Detectives then conducted a thorough search of the trunk and on the left inside of the trunk area, behind the molded carpeting, located a black shirt which contained a large clear baggie with a tan powder substance wrapped inside it.  ROSA was arrested pursuant to probable cause.  The tan powder substance contained within the baggie was field tested positive by MPD for the presence of heroin HCl, and was determined to weigh approximately 302 grams.  Based on your affiant's training and experience, this amount of heroin is consistent with possession with intent to distribute rather than solely possession for personal use.

      Your affiant asserts that the facts contained within this affidavit establish probable cause to believe the defendant, JESUS MANUEL ROSA, is guilty of violating the laws of the United States, specifically 21 United States Code, §§ 841.  Therefore, in light of the circumstances and the evidence adduced from this investigation, your affiant respectfully requests a Complaint issue for JESUS MANEUL ROSA, charging him with distribution and possession with intent to distribute more than 100 grams of a mixture and substance containing a detectable amount of heroin in violation of 21 United States Code, §§ 841(a)(1) and (b)(1)(B)(i).

                                                TIMOTHY J. ERVIN, Special Agent
                                                Federal Bureau of Investigation

Sworn and subscribed to before me this 30th day of May, 2014.

_____
United States Magistrate Judge